UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 15-cr-40023-TSH |
| | ) | |
| DAVID L. MARICOLA | ) | |

MOTION TO WITHDRAW

Undersigned counsel respectfully moves the Court to allow him to withdraw as counsel for David L. Maricola. As grounds for this motion, counsel notes that Assistant Federal Public Defender Timothy G. Watkins has entered his appearance on behalf of the defendant in this matter.

Respectfully submitted,

/s/ Joshua R. Hanye
Joshua R. Hanye,
  B.B.O.: 661686
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 17, 2015.

/s/ Joshua R. Hanye
Joshua R. Hanye